UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

         Plaintiff,

   v.

MICHAEL FOWLE, et al.,

         Defendants.

Case No. 3:21-cv-06288-WHO

**ORDER OF CONDITIONAL DISMISSAL UPON SETTLEMENT**

The parties notified the Court on September 28, 2021, that they had reached a settlement and anticipated finalized terms within 60 days. *See* Dkt. No. 13. Therefore, this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. If any party certifies to this Court, with proper notice to opposing counsel, within 30 days from the date below that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: January 14, 2022



WILLIAM H. ORRICK
United States District Judge